# EXHIBIT B-3

# (2008 Federal and State Returns to be Supplemented Upon Completion)