**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank, N.A.
[FILE 09-017882 CHE]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case # 2:09-bk-22874-RTBP |
| CARL JOSEPH BRAUNAGEL, | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE and Request for Notice |

Notice is hereby given that the law firm of Perry & Shapiro, L.L.P. makes an appearance as the attorneys of record for JPMorgan Chase Bank, N.A.. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

| | |
|---|---|
| File 09-017882 CHE | Chase Home Finance, LLC |
| Perry & Shapiro, L.L.P. | Loan # 1743734227 |
| 3300 N. Central Avenue, #2200 | Attn: Dept PP-G7 |
| Phoenix, Arizona 85012 | P.O. Box 182106 |
| | Columbus, OH 43218-2106 |

DATED this 12 day of October, 2009.

| | |
|---|---|
| 1 | Perry & Shapiro, L.L.P. |
| 2 | /s/ JPS BAR #019999 |
| 3 | Christopher R. Perry<br>Jason P. Sherman |
| 4 | Attorney for JPMorgan Chase Bank, N.A. |
| 5 | |
| 6 | Original filed this 13 day of October, 2009 with: |
| 7 | United States Bankruptcy Court<br>230 N. First Ave., Suite 204 |
| 8 | Phoenix, AZ 85003-1706 |
| 9 | Copy of the foregoing was mailed this 13 day of October, 2009 to: |
| 10 | |
| 11 | Attorney for Debtor:<br>Lawrence D. Hirsch |
| 12 | 7310 North 16th Street #330<br>Phoenix, AZ 85020 |
| 13 | |
| 14 | Debtor:<br>Carl Joseph Braunagel |
| 15 | 2625 South Anica Lane<br>Cottonwood, AZ 86326 |
| 16 | |
| 17 | |
| 18 | By /s/ Heather Mitchell |