| | |
|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.**<br>3300 N. Central Avenue, #2200 |
| 2 | Phoenix, Arizona 85012<br>(602) 222-5711 |
| 3 | (602) 222-5701 Facsimile<br>(847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail<br>Christopher R. Perry, Bar #009801 |
| 5 | Jason P. Sherman, Bar #019999<br>Attorney for JPMorgan Chase Bank, N.A. |
| 6 | [FILE 09-017882 CHE] |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case # 2:09-bk-22874-RTBP |
|---|---|
| CARL JOSEPH BRAUNAGEL, | Chapter 11 Proceedings |
| Debtor. | |
| JPMORGAN CHASE BANK, N.A., its assigns and / or successors-in-interest,<br>Movant,<br>v.<br>CARL JOSEPH BRAUNAGEL,<br>Respondent. | NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF REQUIREMENT TO FILE AN ANSWER<br><br>Re: Real Property located at<br>7651 Whisper Way #104<br>Reunion, FL 34747 |

   **NOTICE IS GIVEN** that the undersigned attorney represents the Movant and has filed a motion requesting relief from the automatic stay the details of which are as follows: Movant is the holder or servicer of a Note secured by a Deed of Trust recorded against certain real property described below. Movant is seeking relief from the automatic stay to foreclose its Deed of Trust, due to default in payment on the Note.

   **Legal Description:**
   SHOWN ON EXHIBIT "A" ATTACHED HERETO

   **Property Address:** 7651 Whisper Way #104, Reunion, FL 34747

| | |
|---|---|
| 1 | For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTOR, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office. |

For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTOR, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

**FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 15 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter.

DATED this 12 day of October, 2009.

/s/ JPS BAR #019999
Jason P. Sherman
Attorney for CHASE

### CERTIFICATE OF SERVICE

I hereby certify that 60 copies of the foregoing were mailed this 13 day of October, 2009 to all interested parties and creditors as shown on the master mailing list attached to the original filed with the court.

By /s/ Heather Mitchell

The original, with copy of the master mailing list attached, was filed this 13 day of October, 2009 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 13 day of October, 2009 to:

```
 1 | Attorney for Debtor:
   | Lawrence D. Hirsch
 2 | 7310 North 16th Street #330
   | Phoenix, AZ 85020
 3 |
 4 | Debtor:
   | Carl Joseph Braunagel
 5 | 2625 South Anica Lane
   | Cottonwood, AZ 86326
 6 |
 7 |
 8 | By /s/ Heather Mitchell
 9 |
10 |
...
24 |
```