DeConcini McDonald Yetwin & Lacy, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail: lhirsch@dmylphx.com

LAWRENCE D. HIRSCH (AZ # 004982)
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: | In Proceedings Under Chapter 11 |
|---|---|
| CARL JOSEPH BRAUNAGEL, | Case No. 2:09-bk-22874-RTBP |
| DEBTORS | AMENDED REPORT OF BALLOTING |

COMES NOW, Lawrence D. Hirsch, and subject to penalties of perjury, states to the Court:

1. He is the duly authorized and acting attorney for the above named Debtor.

2. Pursuant to an Order of this Court, he has examined and reviewed all ballots herein and has supervised the preparation of a tabulation of the results stated below.

3. That there have been 6 ballots received by him on or before January 21, 2010. That to the best of his knowledge and belief, these ballots represent all votes cast herein.

4. He has supervised the preparation of a tabulation of said ballot and the results of said tabulation are as follows:

**CLASS 1 - Creditors Holding Administrative Claims**
Ballots received on or by January 15, 2010.                                  -0-


**CLASS 2 - 37- Creditors Holding Secured Claims**
Ballots received on or by January 21, 2010.                                  -3-

| | | |
|---|---|---|
| Class 9-Chase Home Finance | $598,283.02 | Yes |
| Class 11-Colson Empire State Bank | $ 68,324.70 | Yes |
| Class 12-Deutsche Bank/BCAP LLC | $459,067.59 | No |
| Class 13-BAC Home Loans/Countrywide | $249,941.35 | No |
| Class 22-Ford Motor Credit | $ 19,000.64 | Yes |
| Class 21-Sussex Bank | $150,000.00 | Yes |

**CLASS 38 - Creditors Holding Executory Contracts**
Ballots received on or by January 15, 2010.                                  -0-


**CLASS 39 - Creditors Holding General Unsecured Claims**
Ballots received on or by January 15, 2010.                                  -0-


    Respectfully submitted this 22nd day of January 2010


                       DECONCINI MCDONALD YETWIN & LACY, P.C.


                       <u>/s/ Lawrence D. Hirsch, #004982</u>
                       Lawrence D. Hirsch
                       7310 North 16th Street, Suite 330
                       Phoenix, Arizona 85020
                       Attorney for Debtor