SO ORDERED.

Dated: August 11, 2010

*signature*

REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
PH: (602) 282-0500
FAX: (602) 282-0520
E-MAIL: LHIRSCH@DMYLPHX.COM

LAWRENCE D. HIRSCH (#004982)
ATTORNEYS FOR DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 11 |
| CARL JOSEPH BRAUNAGEL | CASE NO. 09-BK-22874-RTBP |
| DEBTOR | ORDER ON SECOND MOTION TO MODIFY CONFIRMED PLAN |

The Court having considered Debtor's Second Motion to Modify Confirmed Plan to allow Debtor to retain the real property located at 13485 Daniels Landing in Winter Haven, Florida and restructure the liens secured by the property as follows:

<u>Class 17 - Federal Trust Bank:</u> Federal Trust Bank holds a first lien on Debtor's investment property located at 13485 Daniels Land, Winter Garden, Florida. The amount due Federal Trust Bank is approximately $143,000 and Debtor believes that the property is worth $80,000. Debtor shall retain the property. Debtor shall bifurcate the lien of Federal Trust Bank into secured and unsecured portions. Debtor shall pay the secured portion of the claim at 5% interest with payments amortized over 480 months with a balloon payment due of all remaining

principal on the secured portion of the claim on the 96th month after the Plan Distribution Date. Monthly payments on the secured portion of the claim will be $385.76. The remaining principal balance to be paid at the end of month 96 on the secured portion of the claim will be $73,827.58. The balance of the claim shall be treated as a general unsecured claim under Class 39 of the Plan. Fifth Third Bank is impaired

Class 37 - Wells Fargo: Wells Fargo holds a second lien on Debtor's investment property located at 13485 Daniels Land, Winter Garden, Fla. The property is worth less than the amount due Federal Trust Bank on its first lien. Debtor shall file a complaint under 11 U.S.C. §506 to set aside the lien. Wells Fargo shall be treated as a general unsecured claim under Class 39 of the Plan. No payments shall be made to Wells Fargo on account of its secured claim. Wells Fargo is impaired.

THEREFORE, with proper notice to the mailing matrix and no objections having been filed and with good cause appearing,

IT IS HEREBY ORDERED that the Debtor's motion is granted and the Chapter 11 Plan of Reorganization is modified to allow debtor to retain the real property located at 13485 Daniels Landing in Winter Haven, Florida.

IT IS FURTHER ORDERED that the liens of Federal Trust Bank and Wells Fargo, secured by the subject property shall be modified and such modification shall be made a part of the Plan of Reorganization as follows:

Class 17 - Federal Trust Bank: Federal Trust Bank holds a first lien on Debtor's investment property located at 13485 Daniels Land, Winter Garden, Florida. The amount due Federal Trust Bank is approximately $143,000 and Debtor believes that the property is worth $80,000. Debtor shall retain the property.

Debtor shall bifurcate the lien of Federal Trust Bank into secured and unsecured portions. Debtor shall pay the secured portion of the claim at 5% interest with payments amortized over 480 months with a balloon payment due of all remaining principal on the secured portion of the claim on the 96th month after the Plan Distribution Date. Monthly payments on the secured portion of the claim will be $385.76. The remaining principal balance to be paid at the end of month 96 on the secured portion of the claim will be $73,827.58. The balance of the claim shall be treated as a general unsecured claim under Class 39 of the Plan. Fifth Third Bank is impaired

<u>Class 37 - Wells Fargo:</u> Wells Fargo holds a second lien on Debtor's investment property located at 13485 Daniels Land, Winter Garden, Fla. The property is worth less than the amount due Federal Trust Bank on its first lien. Debtor shall file a complaint under 11 U.S.C. §506 to set aside the lien. Wells Fargo shall be treated as a general unsecured claim under Class 39 of the Plan. No payments shall be made to Wells Fargo on account of its secured claim. Wells Fargo is impaired.

DATED AND SIGNED ABOVE